ADAM PAUL LAXALT
  Attorney General
TIFFANY E. BREINIG (Bar No. 9984)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3125 (phone)
(702) 486-3773 (fax)
Email: tbreinig@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, Romeo Aranas,*
*Gregory Bryan, and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMY SANCHEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>    Defendants. | Case No. 2:17-cv-01743-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>ECF Nos. 5, 14 |

    It is stipulated and agreed by and between Plaintiff, Jeremy Sanchez, appearing *pro se* and Defendants James Dzurenda, Romeo Aranas, Gregory Bryan, and Brian Williams, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Tiffany E. Breinig, Deputy Attorney General, that the above-captioned matter be dismissed in its entirety against all parties without prejudice by order of this Court.

///
///
///
///
///

Pursuant to this Stipulation for Dismissal without Prejudice, each party will bear its own attorney fees and costs.

Dated this 7 day of May, 2018.

By: _____
JEREMY SANCHEZ
*Plaintiff Pro Se*

Dated this 8th day of May, 2018.

By: _____
TIFFANY E. BREINIG (Bar No. 9984)
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation [14] and good cause appearing, and with no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED without prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to DENY all pending motions [5] as moot and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
May 8, 2018